# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUMP MEDIA, INC., A California Corporation; JAY BAJARIA, an individual and PETER TAWIL, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> FARNAM STREET FINANCIAL, INC., A Foreign Corporation registered to do business in California; WES OLSEN, an individual; STEVEN C. MORGAN, an individual; IKE POHLE, an individual and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO.: SACV-09-388 CJC (PJWx) <br><br> (Hon. Cormac J. Carney) <br><br> **[PROPOSED] JUDGMENT** <br><br> Complaint Filed: March 23, 2009 |

c:\temp\notese1ef34\proposed judgment.doc

1  The Motion to Dismiss of Defendants Farnam Street Financial, Inc., Wes Olsen, Steven C. Morgan and Ike Pohle ("Defendants") came before this Court, the Honorable Cormac J. Carney, District Judge, presiding, seeking dismissal of Plaintiffs Pump Media, Inc., Jay Bajaria and Peter Tawil's ("Plaintiffs") entire Complaint. Having fully considered the papers presented by the parties, and finding good cause, this Court granted Defendants' Motion to Dismiss for the reasons stated in the Court's Civil Minutes of May 12, 2009.

Having granted Defendants' Motion to Dismiss, IT IS THEREFORE ORDERED AND ADJUDICATED, that judgment is hereby entered in favor of Defendants as to Plaintiffs' entire Complaint and the action shall be dismissed. Defendants shall recover their costs from Plaintiffs.

DATE: May 29, 2009

Honorable Cormac J. Carney
District Court Judge

**Respectfully Submitted By**:

Larry M. Golub (110545),
lgolub@bargerwolen.com
Vivian I. Orlando (213833),
vorlando@bargerwolen.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendants
FARNAM STREET FINANCIAL, INC., WES OLSEN, STEVEN C. MORGAN and IKE POHLE